**Roberta MAY, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Sept. 21, 1956.

C. F. See, Jr., Louisa, for appellant.

Jo M. Ferguson, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Roberta May was convicted on a second offense for illegal possession of intoxi-

cating liquor in local option territory. The punishment imposed was 120 days in jail and a fine of $100. She has moved for an appeal and seeks reversal of the judgment.

The record and briefs have been read and examined. The evidence is sufficient to sustain the charge. No error has been found.

The motion, therefore, is overruled and the judgment is affirmed.